28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the motion to expedite and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re: Darus ZEHRBACH, Petitioner.**

**No. 05–7827.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 27, 2006.

Decided Feb. 9, 2006.

Darus Zehrbach, Petitioner Pro Se.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darus Zehrbach has filed a motion for an order of mandamus on an expedited consideration basis, alleging the district court has unduly delayed acting on his motion to vacate his sentence pursuant to